UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RODNEY DES JARDINS,

       Plaintiff,                    Case No. 2:19–cv–252

v.                                   Hon. Paul L. Maloney

COMMUNITY ACTION ALGER MARQUETTE,

       Defendant.
_____/

## **ORDER**

The parties' stipulation to adjourn the final pretrial and settlement conference dates pending decision on the motion for summary judgment (ECF No. 31) is denied as moot. Order on the summary judgment motion has been entered.

      IT IS SO ORDERED.

Dated:  September 24, 2021                /s/ Maarten Vermaat
                                                      MAARTEN VERMAAT
                                                      U.S. Magistrate Judge