# UNITED STATES OF DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 2:19-cv-252-PLM | 10/6/2021 | 2:31 – 4:13 p.m. | Maarten Vermaat |

## CASE CAPTION

Rodney DesJardins v Community Action Alger Marquette

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Sandra Burink | Plaintiff |
| Megan Norris and Nhan Ho | Defendant |

## PROCEEDINGS

**NATURE OF HEARING:** Settlement and Final Pretrial Conference by video

Case settled. Parties to file settlement paperwork by Friday November 5th.

Proceedings not recorded.